JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, <br><br> Petitioner, <br> vs. <br> CONNIE GIPSON, Warden, <br><br> Respondent. | Case No. CV 13-8643-JAK (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: 8/10/15

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE